**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6220**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TRUMAN SCOTT,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of North Carolina, at Wilmington.  James C. Fox, Senior District Judge.  (7:98-cr-00079-F)

———————

Submitted:  August 23, 2007        Decided:  August 28, 2007

———————

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Truman Scott, Appellant Pro Se.  Christine Witcover Dean, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Truman Scott appeals the district court's order denying his "Motion for Disclosure of Grand Jury Material." We have reviewed the record and find no clear error in the district court's denial. <u>See</u> Fed. R. Crim. P. 6(e)(3)(E)(ii); <u>In re Grand Jury Proceedings</u>, 800 F.2d 1293, 1298-99 (4th Cir. 1986) (stating review standard). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>